Gregory G. Barnett (GGB-3751)
**CASEY AND BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o EGYPTIAN
PROCURMENT OFFICE
              Plaintiff,

-against-

M/V HONOR NM607 her engines, boilers,
tackle, furniture, apparel, etc., in rem;
AMERICAN ROLL-ON ROLL-OFF CARRIER,
LLC, in personam
              Defendant.

-------------------------------------------------------X

07 CIV

**F.R.C.P. RULE 7.1**
**DISCLOSURE STATEMENT**



NOW comes plaintiff INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o

and EGYPTIAN PROCURMENT OFFICE, and submits in duplicate its Disclosure Statement

pursuant to F.R.Civ.P., Rule 7.1 ACE LIMITED is the publicly traded parent company of

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.

Dated: New York, New York
      June 19, 2007
      115-826

                            CASEY & BARNETT, LLC
                            Attorneys for Plaintiff

            By:  _____
                            Gregory G. Barnett (GGB-3751)
                            317 Madison Avenue, 21st Floor
                            New York, New York 10017