330-07/WLJ/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant American Roll-On Roll-Off Carrier, LLC
80 Pine Street
New York, New York 10005
(212) 425-1900
William L. Juska, Jr. (WJ 0772)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF            07 CV 5884 (CM)
NORTH AMERICA a/s/o EGYPTIAN
PROCUREMENT OFFICE,
                               Plaintiff,            **RULE 7.1 STATEMENT**

   -  against –

M/V HONOR NM 607, her engines, boilers,
tackle, furniture, apparel, etc., *in rem,*
AMERICAN ROLL-ON ROLL-OFF
CARRIER, LLC, *in personam,*
                               Defendants
------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant AMERICAN ROLL-ON ROLL-OFF CARRIER, LLC ("ARC") certifies that it is not a publicly held corporation. Defendant ARC is wholly owned by American Roll-On Roll-Off Carrier Holdings, LLC, a limited liability company organized under the laws of Delaware that is 50% owned by Wilh. Wilhelmsen ASA which is listed on the Oslo Stock exchange.

NYDOCS1/290439.1

DATED:    New York, New York

September 26, 2007

|  |  |
|---|---|
|  | FREEHILL HOGAN & MAHAR, LLP<br>Attorneys for AMERICAN ROLL-ON<br>ROLL-OFF CARRIER, LLC |
| BY: | _/s/ Pamela L. Schultz_<br>William L. Juska, Jr. (WJ 0772)<br>Pamela L. Schultz (PS 8675)<br>80 Pine Street<br>New York, New York 10005<br>Tel: (212) 425-1900<br>Fax: (212) 425-1901 |

TO:    Casey & Barnett, LLC
       Attorneys for Plaintiff
       317 Madison Avenue, 21st floor
       New York, New York 10017
       Attn: Gregory G. Barnett, Esq.
       (212) 286-0225

NYDOCS1/290439.1