# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF _____NEW YORK

## SUMMONS IN A CIVIL ACTION

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o EGYPTIAN
PROCUREMENT OFFICE,,                                    07 CV 5884 (CM)
                       Plaintiff,

   -against-

M/V  HONOR NM 607, her engines,boilers
tackle, furniture, apparel, etc. *in rem*,
AMERICAN ROLL-ON ROLL-OFF
CARRIER, LLC, *in persnam*,
                       Defendant

---

AMERICAN ROLL-ON ROLL-OFF CARRIER, LLC,

          Third-Party Plaintiff,
  -   against –

PORTS AMERICA, INC. f/k/a P&O PORTS,

          Third-Party Defendant

---

TO: (NAME AND ADDRESS OF THIRD-PARTY DEFENDANT)
PORTS AMERICA,  INC. f/k/a P&O PORTS
CT Corporation System
111 8th Avenue
New York, New York 10011

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)
FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn:  William L. Juska, Jr., Esq.
Attn:  Pamela L. Schultz, Esq.

an answer to the verified complaint which is hereby served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the verified complaint.

## J. MICHAEL McMAHON

CLERK                                                    DATE    OCT 2 6 2007

BY DEPUTY CLERK

NYDOCS1/292672.1

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me*   Date 12/13/07 AT 2:15 PM

CHRISTINA GARGANO

NAME OF SERVER (PLEASE PRINT)         TITLE PARALEGAL

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☒ SERVED PERSONALLY UPON THE DEFENDANT. PLACE WHERE SERVED: CT CORPORATION SYSTEM; PORTS AMERICA, INC. f/k/a P&O PORTS 111 8TH Ave. New York, NY 10011

☐ ~~LEFT COPIES THEREOF AT THE DEFENDANT'S DWELLING, HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING THEREIN.~~
NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT WITH:
AIXA FLORES, PROCESS SPECIALIST

☐ RETURNED                                              UNEXECUTED:

☐ OTHER                                                 (specify):

### STATEMENT OF SERVICE FEES

TRAVEL            SERVICES            TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/13/07   *(signature)* Christina Gargano
            (date)      (Signature of Server)

80 PINE STREET
NEW YORK, NY 10005
(Address of Server)

J. MICHAEL McMAHON *(stamp, reversed)*