330-07/WLJ/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant American Roll-On Roll-Off Carrier, LLC
80 Pine Street
New York, New York 10005
(212) 425-1900

William L. Juska, Jr. (WJ 0772)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF            07 CV 5884 (CM)
NORTH AMERICA a/s/o EGYPTIAN
PROCUREMENT OFFICE,

                            Plaintiff,            **STIPULATION OF
                                                  DISCONTINUANCE**

     -   against –

M/V HONOR NM 607, her engines, boilers,
tackle, furniture, apparel, etc., *in rem,*
AMERICAN ROLL-ON ROLL-OFF
CARRIER, LLC, *in personam,*

                            Defendants
-----------------------------------------------------------x
AMERICAN ROLL-ON ROLL-OFF
CARRIER, LLC,

                    Third-Party Plaintiff,

     -against-

PORTS AMERICA, INC. f/k/a P&O PORTS,

                    Third-Party Defendant
-----------------------------------------------------------x

     **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys

for the Plaintiff, Defendant and Third-Party Defendant herein, this matter having been

settled, this action has been discontinued with prejudice and without cost to any party,

NYDOCS1/298447.1

subject to re-opening within 30 days in the event that the terms of the settlement are not

complied with by any party.

DATED:    February    , 2008

115-826

Casey & Barnett, LLC
Attorneys for Plaintiff

BY:    *Gregory Barnett*

Gregory G. Barnett
317 Madison Avenue, 21st floor
New York, New York 10017
(212) 286-0225

Freehill Hogan & Mahar, LLP
Attorneys for Defendant/Third-Party Plaintiff

BY:    *Pamela L. Schultz*

Pamela L. Schultz
80 Pine Street, 24th floor
New York, New York 10005
(212) 425-1900

Michael Cotignola
Attorney for Third-Party Defendant

BY:    *Michael Cotignola*

Michael Cotignola
201 Columbia Turnpike
Suite A
Florham Park, New Jersey 07932
(973) 236-1400

NYDOCS1/298447.1