Case 1:07-cv-05884-CM   Document 10   Filed 03/12/2008   Page 1 of 2

330-07/WLJ/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant American Roll-On Roll-Off Carrier, LLC
80 Pine Street
New York, New York 10005
(212) 425-1900

William L. Juska, Jr. (WJ 0772)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF          07 CV 5884 (CM)
NORTH AMERICA a/s/o EGYPTIAN
PROCUREMENT OFFICE,

                Plaintiff,          **STIPULATION OF**
                                    **DISCONTINUANCE**

   - against –

M/V HONOR NM 607, her engines, boilers,
tackle, furniture, apparel, etc., *in rem*,
AMERICAN ROLL-ON ROLL-OFF
CARRIER, LLC, *in personam*,

                Defendants
----------------------------------------------------------------x
AMERICAN ROLL-ON ROLL-OFF
CARRIER, LLC,

                Third-Party Plaintiff,

   -against-

PORTS AMERICA, INC. f/k/a P&O PORTS,

                Third-Party Defendant
----------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiff, Defendant and Third-Party Defendant herein, this matter having been settled, this action has been discontinued with prejudice and without cost to any party.

NYDOCS1/293447.1

and services per law within 7 days in the event that the terms of the settlement are not complied with by any party.

DATED: February __, 2008

115-826

                              Cases & Barnett, LLC
                              Attorneys for Plaintiff

BY: *Gregory Barnett* (signature)
                              Gregory G. Barnett
                              317 Madison Avenue, 21st floor
                              New York, New York 10017
                              (212) 286-0225

                              Hermill Hogan & Mahar, LLP
                              Attorneys for Defendant/Third-Party Plaintiff

BY: (signature)
                              Pamela L. Schultz
                              80 Pine Street, 24th floor
                              New York, New York 10005
                              (212) 425-1900

                              Michael Cotignola
                              Attorney for Third-Party Defendant

BY: (signature)
                              Michael Cotignola
                              361 Columbia Turnpike
                              Suite A
                              Florham Park, New Jersey 07932

(signature)

3-11-08